IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UPEK, INC,

    Plaintiff,

No. C 06-02237 JSW

v.

INTERNATIONAL AUTOMATED SYSTEMS, INC.,

**ORDER OF RECUSAL**

    Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: April 5, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE