ORIGINAL

1 DARRYL M. WOO (CSB No. 100513)
  (dwoo@fenwick.com)
2 BRYAN A. KOHM (CSB No. 233276)
  (bkohm@fenwick.com)
3 FENWICK & WEST LLP
  275 Battery Street, 16th Floor
4 San Francisco, CA 94111
  Telephone: (415) 875-2300
5 Facsimile: (415) 281-1350

6 Attorneys for Defendant
  INTERNATIONAL AUTOMATED SYSTEMS, INC.
7

8 JEFFREY A. MILLER (CSB No. 160602)
  JILL R. ZIMMERMAN (CSB No. 230338)
9 ORRICK, HERRINGTON & SUTCLIFFE LLP
  1000 Marsh Road
10 Menlo Park, CA 94025
   Telephone: (650) 614-7400
11 Facsimile: (650) 614-7401

12 Attorneys for Plaintiff
   UPEK, INC.
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UPEK, INC., | Case No. C-06-02237-CRB |
|---|---|
| Plaintiff, | **STIPULATION PURSUANT LOCAL RULE 6-1 EXTENDING DEFENDANT INTERNATIONAL AUTOMATED SYSTEMS, INC.'S DEADLINE TO RESPOND TO COMPLAINT TO MAY 12, 2006** |
| v. | |
| INTERNATIONAL AUTOMATED SYSTEMS, INC., | |
| Defendant. | |

**WHEREAS**, Plaintiff UPEK, Inc. ("UPEK") filed a Complaint for Declaratory Judgment of Non-Infringement and Invalidity of U.S. Patent No. 5,598,474 on or about March 28, 2006, against Defendant International Automated Systems, Inc. ("IAS");

**WHEREAS**, Plaintiff served Defendant with the Complaint by mail on or about March 31, 2006;

**WHEREAS**, Defendant IAS's response to the Complaint, absent extension, would be due

1  on or before May 1, 2006;

2  **WHEREAS**, pursuant Local Rule 6-1, Plaintiff does not oppose granting Defendant an
3  extension of time to and including May 12, 2006, in which to answer, move or otherwise respond
4  to the Complaint; and

5  **WHEREAS**, this is the first such extension of time and, according to Defendant, is not
6  sought for purposes of delay.

7  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through
8  their respective attorneys of record, as follows:

9  1. The parties jointly stipulate that pursuant Local Rule 6-1, IAS's time in which to
10  answer, move or otherwise respond to UPEK's Complaint shall be extended to and including
11  May 12, 2006.

12  **IT IS SO STIPULATED.**

14  Dated: April 20, 2006                             FENWICK & WEST LLP

16                                                   By: _____
                                                        Darryl M. Woo

18                                                   ATTORNEYS FOR DEFENDANT
                                                     INTERNATIONAL AUTOMATED
                                                     SYSTEMS, INC.

21  Dated: April 20, 2006                            ORRICK, HERRINGTON & SUTCLIFFE LLP

23                                                   By: _____
                                                        Jeffrey A. Miller

25                                                   ATTORNEYS FOR PLAINTIFF UPEK, INC.
     IT IS SO ORDERED

                                                     _____
                                                     CHARLES R. BREYER
                                                     UNITED STATES DISTRICT JUDGE
                                                     April 24, 2006
                                                     DATE

STIPULATION EXTENDING TIME TO             -2-                              CASE NO. C-06-02237-CRB
RESPOND TO COMPLAINT