IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPEK, INC, | No. C 06-02237 CRB |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| INTERNATIONAL AUTOMATED SYSTEMS, INC., | |
| Defendant. | |

For the reasons stated at oral argument on June 23, 2006, this action is TRANSFERRED to the United States District Court for the District of Utah.

**IT IS SO ORDERED.**

Dated: July 21, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2237\orderretransfer.wpd